# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:24-cv-00314-MOC-SCR

| | |
|---|---|
| **DUALBOOT PARTNERS, LLC,** | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )    **JUDGMENT**<br>) |
| **MATTHEW CHRISTOPHER DELIA**<br>**SQUAREACTION HOLDINGS, LLC,** | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's motion for default judgment as to both Defendants (Doc. No. 10).

Plaintiff brought contract claims against Defendants for non-payment of obligations created by an "Agreement" consisting of a Master Services Agreement and accompanying "Statement of Work." (Doc. No. 1). Defendants did not respond to Plaintiff's allegations. Neither Defendant has appeared or filed a responsive pleading with the Court. The Clerk entered default against both Defendants on May 21, 2024. (Doc. No. 9).

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for default judgment (Doc. No. 10 is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall recover from Defendant the following damages:

1. $156,573.92 in compensatory damages for breach of contract;

2. $99,460.85 in prejudgment interest according to the rate set by § 5(b) of the Master Services Agreement;

1

3. $38,405.21 in attorneys' fees according to the North Carolina statutory rate;

4. An amount to be determined in post-judgment interest according to the North Carolina statutory rate.

**SO ORDERED.**

Signed: July 8, 2024

Max O. Cogburn Jr
United States District Judge